UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

ROB MARTIN,                                                      Plaintiff,

v.                                     Civil Action No. 4:26-cv-6-RGJ

ERIE INSURANCE COMPANY,                              Defendant

\* \* \* \* \*

## ORDER

Defendant Erie Insurance Company has filed responses to requests for admission in the record of this matter. [DE 7]. Pursuant to Federal Rule of Civil Procedure 5(d)(1)(A), "disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission." For purposes of this rule, "'[d]iscovery requests' includes deposition notices." Fed. R. Civ. P. 5 advisory committee's note to 2000 amendment; *see also* LR 26.1(b) (recognizing that discovery "disclosures, notices, interrogatories, requests[,] and answers or responses thereto" are "not filed of record pursuant to [Rule] 5(d)"). Accordingly, it is

**ORDERED** that the parties shall refrain from further filing of discovery documents except as appropriate under the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Clerk shall strike the following docket entry from the record: [DE 7].

February 10, 2026

Rebecca Grady Jennings, District Judge
United States District Court

1